# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

HATTIE B. DAY,

     Defendant.

Case No. 2:99-CR-0287-KJD-RJJ

**ORDER**

Presently before the Court is Defendant's letter (#441). In the four page handwritten letter, one sentence refers to retroactive application of sentencing guidelines relating to convictions for "crack cocaine." Out an abundance of caution, the letter was docketed as a Motion for Retroactive Application of Sentencing Guidelines. However, it appears that Defendant has been released from custody. See Order Granting Request for Modification to Conditions of Supervision (#496).

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion (#441) is **DENIED as moot**.

DATED this 4th day of April 2013.

_____
Kent J. Dawson
United States District Judge